No. 394. NELSON v. KENTUCKY. On petition for writ of certiorari to the Court of Appeals of Kentucky;

No. 453. MALLECK v. RAGEN, WARDEN;

No. 457. UNITED STATES EX REL. PISANI v. RAGEN, WARDEN;

No. 476. PACKWOOD v. ILLINOIS; and

No. 492. JOHNSON v. RAGEN, WARDEN. On petitions for writs of certiorari to the Supreme Court of Illinois. October 16, 1944. Petitions for writs of certiorari denied for the reason that application therefor was not made

756

within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.